**Opinion issued August 14, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-25-00382-CV**

———————————

**CARL NATHAN THOMAS AND STEPHANIE THOMAS, Appellants**

**V.**

**BABYLON CAPITAL, LLC, Appellee**

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-68600**

## MEMORANDUM OPINION

Appellants, Carl Nathan Thomas and Stephanie Thomas, filed a notice of appeal from the trial court's May 12, 2025 final judgment. On June 27, 2025, appellants filed a "Notice of Dismissal of Appeal." In this notice, appellants stated that they "no longer wish[ed] to pursue this appeal, as the underlying case ha[d] been

settled by the parties." Appellants therefore requested that the Court dismiss the appeal. *See* TEX. R. APP. P. 42.1(a) (permitting voluntary dismissal of appeal on motion of appellant).

Settlement of a dispute between parties generally results in mootness, which, in turn, requires dismissal of the entire lawsuit and not merely dismissal of the appeal, as was requested by appellants. Therefore, on July 15, 2025, the Court issued an order directing appellants to file either a written response clarifying that only the appeal is to be dismissed, or to the extent the entire case is to be dismissed, an amended motion to dismiss complying with Texas Rule of Appellate Procedure 42.1(a)(2). *See* TEX. R. APP. P. 42.1(a)(2) (providing for voluntary dismissal of appeals by "agreement signed by the parties or their attorneys"). Appellants were further notified that the failure to respond to the Court's July 15, 2025 order would result in dismissal of the appeal for failure to comply with an order of the Court. *See* TEX. R. APP. P. 42.3(c).

Despite the Court's notice that the appeal was subject to dismissal, appellants failed to respond to the Court's July 15, 2025 order. Accordingly, we dismiss this appeal "because the appellant[s] ha[ve] failed to comply with . . . a court order . . . requiring a response or other action within a specified time." *See* TEX. R. APP. P. 42.3(c), 43.2(f). We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Justices Guerra, Gunn, and Dokupil.